IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MARVIN B. DAVIS,**               )<br>                                                 )<br>           **Plaintiff,**            )<br>                                                 )<br>**v.**                                          )<br>                                                 )<br>                                                 )<br>                                                 )<br>**LOUIS E. BRUCE, et al.,**      )<br>                                                 )<br>           **Defendants.**       )<br>                                                 ) | **CIVIL ACTION**<br><br>**No. 00-3051-CM** |

## MEMORANDUM AND ORDER

This case is before the court on plaintiff Marvin B. Davis's motion to strike defendants' responses to Docs. 137 and 138 (Doc. 142). Within the motion, plaintiff also requests that the court impose Rule 11 sanctions on defendants.

Plaintiff gives the court no valid reason for striking defendants' pleadings. While plaintiff may disagree with the position that defendants take in their pleadings, the court finds that defendants' position is neither patently frivolous nor designed to harass and cause unnecessary delay. Notably, defendants have since withdrawn one argument contained in their pleadings, which the court regards as a showing of good faith. The court makes no other finding on the merits of defendants' responses at this time. Plaintiff's motion to strike is denied.

The court also denies plaintiff's request for Rule 11 sanctions. Plaintiff has wholly failed to comply with the procedural requirements for requesting Rule 11 sanctions. A party may not present a motion for Rule 11 sanctions to the court "unless, within 21 days after service of the motion . . . the challenged paper, claim, defense, contention, allegation, or denial is not withdrawn or

appropriately corrected." Fed. R. Civ. P. 11(c)(1)(A).  Compliance with this requirement is mandatory, and failure to comply is basis for denying a Rule 11 motion.  *See United Food & Commercial Workers Union Local No. 576 v. Four B. Corp.*, 893 F. Supp. 980, 987 (D. Kan. 1995) (denying motion for Rule 11 sanctions solely because the moving party failed to demonstrate compliance with the twenty-one-day safe-harbor requirement).  Plaintiff filed his motion to strike and for sanctions nine days after defendants filed their responses to Docs. 137 and 138.  The timing of plaintiff's motion alone requires this court to deny his request for Rule 11 sanctions.

**IT IS THEREFORE ORDERED** that plaintiff's motion to strike defendants' responses to Docs. 137 and 138 (Doc. 142) and request for sanctions contained therein is denied.

Dated this 7th day of December 2006, at Kansas City, Kansas.

**s/ Carlos Murguia**
**CARLOS MURGUIA**
**United States District Judge**